AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.
J'Shawn Tikariyon Walker
*Defendant(s)*

Case No. 4:26mj127-MAF

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/7/2026 in the county of Leon in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 1) 18 U.S.C. §§ 922(o) and 924(a) | 1) Illegal possession of a machinegun |
| 2) 8 U.S.C. §§ 922(g)(1) and 924(a)(8) | 2) Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Scott, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/07/2026

*Judge's signature*

City and state: Tallahassee, FL

Martin A. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND TL
AUG 7 '26 AM10:05